IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ALEJANDRO PRADO,**<br><br>　　　　　　　　　　Petitioner,<br><br>　　v.<br><br>**KEN CLARK,**<br><br>　　　　　　　　　　Respondent. | 1: 08 CV 01012 WMW HC<br><br>**ORDER GRANTING EXTENSION OF TIME TO FILE REPLY**<br><br>(DOCUMENT #15) |

　　　Respondent has requested a thirty (30) day extension of time in which to file Respondent's reply to Petitioner's opposition to Respondent's motion to dismiss filed November 3, 2008. GOOD CAUSE APPEARING, Respondent is granted an extension of time to and including December 14, 2008, in which to file Respondent's reply to Petitioner's opposition to Respondent's motion to dismiss.

IT IS SO ORDERED.

**Dated:    November 19, 2008**　　　　　　　　　　　/s/  William M. Wunderlich
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE