IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ALEJANDRO PRADO,**<br><br>　　　　Petitioner,<br><br>　vs.<br><br>**KEN CLARK, WARDEN,**<br><br>　　　　Respondent.<br>_____ | 1:08-CV-1012 OWW WMW HC<br><br>ORDER DENYING MOTION<br>TO STRIKE<br><br>[Doc. 18] |

　　　　Petitioner is a state prisoner proceeding pro se on a petition for writ of habeas corpus pursuant to 28 U.S.C. Section 2254. Respondent's motion to dismiss is pending. On December 12, 2008, Petitioner filed a motion to strike portions of Respondent's reply to Petitioner's opposition to the motion. The court has reviewed the specific portions of the reply referenced by Petitioner and finds no merit to Petitioner's claim that Respondent misrepresents the arguments Petitioner makes in his opposition . Accordingly, Petitioner's

motion to strike is HEREBY DENIED.

IT IS SO ORDERED.

**Dated:    January 30, 2009**                       **/s/  William M. Wunderlich**
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE