IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEJANDRO PRADO, | 1:08-cv-01012-AWI-SAB (HC) |
| Petitioner, | ORDER GRANTING MOTION TO PROCEED IN FORMA PAUPERIS ON APPEAL AND DIRECTING CLERK TO SERVE THE COURT OF APPEALS |
| vs. | |
| KEN CLARK, | (ECF No. 44) |
| Respondent. | |
| _____/ | |

On September 9, 2009, the instant petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 was dismissed and judgment was entered. On January 9, 2012, the undersigned disregarded Petitioner's untimely objections filed after the order dismissing the instant petition. The case is currently pending an appeal at the United States Court of Appeals for the Ninth Circuit in case number 13-15294.[1]

On April 5, 2013, Petitioner filed an application to proceed in forma pauperis. Examination of Petitioner's application to proceed in forma pauperis reveals that Petitioner is unable to afford the costs of an appeal. Accordingly, the application to proceed in forma pauperis on appeal is GRANTED. See 28 U.S.C. § 1915; Fed. R. App. P. 24. **The Clerk is**

---

[1] On January 25, 2013, the United States Court of Appeals for the Ninth Circuit issued an order indicating that on September 20, 2012, Petitioner filed an application for leave to file a second or successive habeas corpus petition in the district court under 28 U.S.C. § 2254, however, such application manifested an intent to appeal this court's August 12, 2012, judgement in this case. The Ninth Circuit therefore construed the application as a notice of appeal and transferred the application back to this court for processing. (ECF No. 34.)

1 **directed to serve a copy of this order on the Court of Appeals for the Ninth Circuit in case**
2 **number 13-15294.**
3 IT IS SO ORDERED.
4
5 Dated:   April 26, 2013
                                              _____
                                                  SENIOR DISTRICT JUDGE