# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEJANDRO PRADO,<br><br>            Petitioner,<br><br>      v.<br><br>KEN CLARK,<br><br>            Respondent. | Case No.  1:08-cv-01012-AWI-SAB-HC<br><br>ORDER DISREGARDING PETITIONER'S NOTICE OF APPEAL<br><br>[ECF NO. 47] |

On September 24, 2009, the District Court dismissed the petition with prejudice and ordered judgment be entered.  On August 12, 2012, judgment was entered.  Petitioner filed a notice of appeal on September 5, 2012, and the appeal was processed to the Ninth Circuit Court of Appeals.  Petitioner filed a second notice of appeal on March 21, 2013, and that appeal was also processed to the Ninth Circuit.  On July 25, 2013, the Ninth Circuit denied the appeal.

On September 25, 2013, Petitioner filed a third notice of appeal.  That notice of appeal relates to the July 25, 2013, order of the Ninth Circuit.  This Court is not the proper forum in which to appeal from an order issued by the Ninth Circuit.

Accordingly, the September 25, 2013 notice of appeal is DISREGARDED.

IT IS SO ORDERED.

Dated:   October 22, 2013

_____
SENIOR  DISTRICT  JUDGE

1